UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD OLMO,

                Plaintiff,

      -against-

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------------X

19 CIVIL 0057 (NSR)(JCM)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated December 14, 2020, Plaintiff's motion for judgment on the pleadings is DENIED and Defendant's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         December 14, 2020

                                                     RUBY J. KRAJICK
                                                        Clerk of Court
                                  **BY:**
                                                         **Deputy Clerk**